**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| In re:<br><br>**STEPHEN H. BREWSER, SR.,**<br><br>      Debtor. | **CASE NO. 14-40039-PWB**<br><br>**CHAPTER 11** |
| **STEPHEN H. BREWSTER, SR.,**<br><br>      Movant,<br><br>v.<br><br>DRRF II SPE, LLC as assignee of Crimson Portfolio ALPHA, LLC, as assignee of Crimson Portfolio, LLC as assignee of Synovous Bank, as successor in interest via name change and merger with Citizens First Bank,<br><br>      Respondent. | **CONTESTED MATTER** |

**NOTICE OF REQUIREMENT OF RESPONSE TO DEBTOR'S OBJECTION TO PROOF OF CLAIM 11 ASSERTED BY DRRF II SPE, LLC AND FILED BY CRIMSON PORTFOLIO, LLC; OF DEADLINE FOR FILING RESPONSE; AND OF HEARING**

     PLEASE TAKE NOTICE that on November 18, 2014, Stephen H. Brewster, Sr. (the "Debtor"), Debtor in the above-captioned case filed an Objection to Proof of Claim 11 Asserted by DRRF II SPE, LLC and Filed by Crimson Portfolio, LLC (Proof of Claim No. 11) (the "Objection"), wherein Debtor objects to the claim as being overstated.

     **Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then on or before December 22, 2014, you or your attorney must:

(1)    File with the Court a written response, explaining your positions and views as to why your claim should be allowed as filed. The written response must be filed at the following address:

        Clerk of the Bankruptcy Court
        Federal Building, Room 339
        600 East First Street
        Rome, Georgia 30161-3187

        If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above.

(2)    Mail or deliver a copy of your written response to the Debtor's attorney at the address stated below. You must attach a certificate of service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney does not file a timely response, the Court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the Court may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney files a timely response, then a hearing will be held on **the 7th of January, 2015, at 9:25 a.m., in Courtroom 342, Federal Building, 600 East First Street, Rome, Georgia 30161-3187.**

**You or your attorney must attend the hearing and advocate your position.**

This 18th day of November, 2014.

        **JONES & WALDEN, LLC**

        */s/ Leslie M. Pineyro*
        Leslie M. Pineyro, Esq.
        Georgia Bar No. 969800
        Attorney for Debtor
        21 Eighth Street, NE
        Atlanta, Georgia 30309
        (404) 954-6605

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| In re:<br><br>**STEPHEN H. BREWSER, SR.,**<br><br>      Debtor. | **CASE NO. 14-40039-PWB**<br><br>**CHAPTER 11** |
| **STEPHEN H. BREWSTER, SR.,**<br><br>      Movant,<br><br>v.<br><br>**DRRF II SPE, LLC as assignee of Crimson Portfolio ALPHA, LLC, as assignee of Crimson Portfolio, LLC as assignee of Synovous Bank, as successor in interest via name change and merger with Citizens First Bank,**<br><br>      Respondent. | **CONTESTED MATTER** |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM 11 ASSERTED
BY DRRF II SPE, LLC AND FILED BY CRIMSON PORTFOLIO, LLC**

COMES NOW Stephen H. Brewster, Sr. (the "Debtor") and files this "DEBTOR'S OBJECTION TO PROOF OF CLAIM ASSERTED BY DRRF II SPE, LLC AND FILED BY CRIMSON PORTFOLIO, LLC" (the "Objection") pursuant to 11 U.S.C § 502(b) and 28 U.S.C. §157(b) and hereby objects to the Proof of Claim 11 filed by Crimson Portfolio, LLC and assigned to DRRF II SPE, LLC[1] (the "Claim") identified herein, and requests that the Court enter an Order disallowing the Claim. In support of this Objection and Counterclaim, the Debtor shows as follows:

<u>PROCEDURAL POSTURE</u>

1.      On January 6, 2014, Debtor filed a Voluntary Petition for Relief under Chapter 11 of the Bankruptcy Code ("Petition").

---

[1] DRRF II, SPE, LLC shall be referred to herein as "DRRF."

3

2. Debtor is an individual business owner who resides in Rome, Georgia.

3. Debtor filed his "Amended Plan of Reorganization" (Doc. No. 71) on April 25, 2014, which was modified pursuant to the "First Modification to Plan" (Doc. No. 98) filed on June 12, 2014 (collectively the Amended Plan of Reorganization and the First Modification to Plan are referred to herein as the "Plan[2]").

4. On June 20, 2014, the Court entered a Confirmation Order (Doc. No. 103) confirming Debtor's Plan of Reorganization

5. The Claim asserted by DRRF is a residential mortgage secured by a first priority lien in Debtor's residence located at 14 Belle Meade Drive, Rome GA.

6. The amount of the asserted Claim is reflected in proof of claim 11 filed in this case by DRRF's predecessor, Crimson Portfolio.

7. As provided in Debtor's Plan and in the Motion to Requesting Authorization to Commence Post Petition Mortgage Payments (Doc. No. 13) Crimson Portfolio, LLC asserts two additional secured claims in Debtor's Bankruptcy Case securing commercial properties owned by Debtor.  Prior to the Petition Date, Debtor was tendering his regular monthly mortgage payment to the servicer on his Residential Mortgage for the Claim.  However, such were being applied to the commercial loans rather than the residential loan on which the subject Claim is based.  Accordingly, Debtor ceased such payments, but commenced same after the Petition Date upon the Court's entry of an order directing the application of Debtor's post-petition residential mortgage payments to the Claim rather than the commercial loans.

8. On January 24, 2014 the Court entered the Payment Order authorizing payments to Respondent in the amount of $3,170.83 per month commencing February 2014.  Debtor has made all such post-petition payments.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to the same in the Plan.

4

9. Debtor has made one additional post-petition payments in the amount of $3,170.00.

10. Specifically, since the Filing Date through October 2014, Debtor has made the following post-petition payments:

| Date | Amount |
|---|---|
| 2/3/2014 | $3,170.00 |
| 3/5/2014 | $3,170.00 |
| 3/14/2014 | $3,170.00 |
| 4/14/2014 | $3,170.00 |
| 4/25/2014 | $3,170.00 |
| 5/22/2014 | $3,170.00 |
| 7/14/2014 | $3,170.00 |
| 8/25/2014 | $3,170.00 |
| 9/30/2014 | $3,170.00 |
| 10/29/2014 | $3,170.00 |
| **TOTAL** | **$31,700.00** |

11. The Plan provides for the treatment of the Claim in Class 4, which provides that Debtor shall continue to make his regular monthly mortgage payments and shall cure any pre-petition arrearage in payments.

12. The Plan provides that the pre-petition arrearage on the Claim on the Filing Date was $18,375.81. However, the Claim asserts that the pre-petition arrearage on the Claim on the Filing Date was $30,865.82.

13. Since the Petition Date, in addition to Debtor's regular payments, Debtor has paid $3,170.00. Accordingly, Debtor's arrearage is $15,205.81 on the Class 4 Claim as of the end of October, 2014.

14. Debtor has made multiple requests for an accounting from Respondent and its servicer, but has not received accurate or discernable information.

15. Accordingly, Debtor has not commenced arrearage payments out of fear that such will be misapplied.

5

## ARGUMENT AND CITATION OF AUTHORITY

Section 502(a) of the Bankruptcy Code provides that any proof of claim "is deemed allowed, unless a party in interest ... objects." Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.), 178 B.R. 222, 225 (B.A.P. 9th Cir. 1995) (citing Whitney v. Dresser, 200 U.S. 532, 534-35 (1906)). Unlike a proof of claim, which must be filed before the bar date, an objection to a proof of claim may be filed at any time. In re Consolidated Pioneer Mortg., 178 B.R. at 225 (citing In re Thompson, 965 F.2d 1136, 1147 (1st Cir. 1992), In re Kolstad, 928 F.2d 171, 174 (5th Cir. 1991), cert. denied, 502 U.S. 958, 112 S.Ct. 419, 116 L.Ed.2d 439 (1991)). Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007 permit a party in interest to object to a filed proof of claim.

As detailed above, the arrearage claims, as of October 2014, owed on the Class 4 claims is $15,205.81. Debtor requests the Court enter an order establishing that the arrearage on the Class 4 Claim as of October 31, 2014, is $15,205.81 and directing Respondent to apply regular payments in accordance with the non-default terms of the Plan and apply the arrearage payments to the allowed arrearage claim.

## CONCLUSION

WHEREFORE, the Debtor requests the Court grant the relief requested in this Claim Objection.

Respectfully submitted on this 18th day of November, 2014.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
lpineyro@joneswalden.com

6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| In re:<br><br>STEPHEN H. BREWSER, SR.,<br><br>     Debtor.<br><br>STEPHEN H. BREWSTER, SR.,<br><br>     Movant,<br><br>v.<br><br>DRRF II SPE, LLC as assignee of Crimson Portfolio ALPHA, LLC, as assignee of Crimson Portfolio, LLC as assignee of Synovous Bank, as successor in interest via name change and merger with Citizens First Bank,<br><br>     Respondent. | CASE NO. 14-40039-PWB<br><br>CHAPTER 11<br><br><br><br><br><br>CONTESTED MATTER |

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the **Debtor's Objection to Proof of Claim 11 Asserted by DRRF II SPE, LLC and Filed by Crimson Portfolio, LLC** via U.S. Mail with appropriate postage affixed thereto to ensure delivery or via method specified below upon the following:

*Via U.S. First Class Mail:*
BSI Financial Services, Inc.
314 S Franklin Street
Titusville, Pennsylvania 16354

*Via Certified Mail & U.S. First Class Mail:*
Gagan Sharma, CEO
BSI Financial Services, Inc.
314 S Franklin Street
Titusville, Pennsylvania 16354

*Via Certified Mail & U.S. First Class Mail:*
C T Corporation System, Registered Agent
DRRF II SPE, LLC
1201 Peachtree Street, NE
Atlanta, GA 30361

*Via U.S. First Class Mail:*
DRRF II SPE, LLC
6621 E Pacific Coast Hwy Ste. 102
Long Beach, CA 90803

*Via Certified Mail & U.S. First Class Mail:*
Corporation Services Company, Registered Agent
Crimson Portfolio ALPHA, LLC
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

*Via Certified Mail & U.S. First Class Mail:*
Corporation Services Company, Registered Agent
Crimson Portfolio, LLC
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

7

*Via U.S. First Class Mail:*
Brock and Scott
5121 Parkway Plaza Blvd, Ste. 300
Charlotte, NC 28217

*Via U.S. First Class Mail:*
Walter E. Jones
30 Ivan Allen Jr. Blvd NW
Suite 700
Atlanta, GA 30308

*Via U.S. First Class Mail:*
Office of the US Trustee
75 Spring Street, SW
Suite 362
Atlanta, GA 30303-3330

This 18th day of November, 2014.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, N.E.
Atlanta, Georgia 30309
(404) 564-9300