IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 11 |
| STEPHEN H. BREWSTER, SR., ) | |
| ) | CASE NO. 14-40039-pwb |
| Debtor. ) | |

## APPLICATION FOR FINAL DECREE

COMES NOW, Stephen H. Brewster ("Debtor"), debtor and debtor-in-possession, by and through the undersigned counsel, and hereby files this "Application for Final Decree" (the "Application").

On June 20, 2014, the Court entered an order (Doc. No. 103) (the "Confirmation Order") confirming the Plan of Reorganization (the "Plan" as modified or amended). There has been substantial consummation of the Plan. The Plan does not require the transfer of any property. Additionally, Debtor has assumed the management of all property dealt with by the Plan.

### Report of Substantial Consummation

"Substantial consummation" is defined by 11 U.S.C. §1101(2), which provides as follows:

> (2) "substantial consummation" means –
> (A) transfer of all or substantially all of the property proposed by the plan to be transferred;
> (B) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and
> (C) commencement of distributions under the plan.

The requirements under 11 U.S.C. §1101(2) have been met and are summarized in the Final Report filed with the Court which is adopted herein as if re-pled verbatim.

Debtor seeks to close this case by entry of a Final Decree. Debtor requests that the Court enter a Final Decree providing that the Debtor is authorize to reopen the case for entry of a discharge order at a later date and the filing fee for reopening the case shall be waived

28 U.S.C. §1930(f)(3) authorizes the Court to waive the fee for reopening this Case in accordance with Judicial Conference policy. The Judicial Conference Schedule of Fees, Bankruptcy Court Miscellaneous Fee Schedule is issued in accordance with 12 U.S.C. § 1930(b). Paragraph 11 of the Fee Schedule provides that the Bankruptcy Court may waive a fee upon "reopening" of a case under chapter 11 "under appropriate circumstances." Similar relief has been granted in this District waiving the fee to reopen a Chapter 11 case for entry of discharge in an individual Chapter 11. See In re Anis Khani, 08-82521-MHM. Bankr. N.D. Ga. (Doc. Nos. 173 and 183).

## Application for Final Decree

As shown above, there has been "substantial consummation" of the Plan as that term is defined by 11 U.S.C. §1101(2). All property shall re-vest to the Debtor on the Effective Date. Debtor has assumed management of operations and control over the property, and Debtor has commenced Plan distributions.

WHEREFORE, Debtor respectfully requests that the Court grant the Application by entering a final decree in this case.

Respectfully submitted this 22nd day of December, 2014.

> **JONES & WALDEN, LLC**
> */s/ Leslie M. Pineyro*
> Leslie M. Pineyro
> Georgia Bar No. 969800
> Attorney for Debtor
> 21 Eighth Street, NE
> Atlanta, Georgia 30309
> (404) 564-9300

2

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing "Application for Final Decree" to be served upon the parties listed below via first class United States mail in a properly addressed envelope with sufficient postage affixed thereto to assure delivery upon the party listed below:

Office of the United States Trustee
362 Richard Russell Federal Building
75 Spring Street
Atlanta, GA 30303

This 22nd day of December, 2014.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300